**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT JOHN HAMILTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. STEEB, et al.,<br><br>　　　　　Defendants. | Case No. CV 17-5300 ODW (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(b),

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 20, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE