**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT JOHN HAMILTON, JR., <br> Plaintiff, <br> v. <br> C. STEEB, et al., <br> Defendants. <br> ──────────────────────── <br> ALBERT JOHN HAMILTON, JR., <br> Plaintiff, <br> v. <br> ALAN SPEARS, <br> Defendant. | Case Nos. CV 17-5300 ODW (SS) <br> CV 18-8762 ODW (SS) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DEEMING PLAINTIFF ALBERT JOHN HAMILTON, JR. A VEXATIOUS LITIGANT** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative pleadings in the above-captioned actions, all the records and files therein, and the substantively identical Reports and Recommendations of the United States Magistrate Judge filed in both cases. The time for filing Objections to the Reports and Recommendations has passed and no Objections have been received.

Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that: (1) Plaintiff Albert John Hamilton, Jr. is deemed a vexatious litigant; (2) the Clerk of the Court shall not file any complaint, IFP application, motion or other pleading by Plaintiff unless Plaintiff has filed a Motion for Leave to File a Complaint (or other document) and a Judge of this Court has granted leave for Plaintiff to file the document; (3) any Motion for Leave to File a Complaint (or other document) must include one copy of the Magistrate Judge's Report and Recommendation filed in either action captioned above (Hamilton v. Steeb, CV 17-5300 ODW (SS), Dkt. No. 54; or Hamilton v. Spears, CV 18-8762 ODW (SS), Dkt. No. 14), a copy of this Order, and a copy of the proposed complaint (or document); and (4) if the Court does not grant Plaintiff written permission to file a complaint (or document) within thirty days of the date of his Motion, permission will be deemed denied.

**IT IS FURTHER ORDERED** that the Clerk serve a copy of this Order on Plaintiff at his current address of record.

DATED: June 27, 2019

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE